# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

ORIGINAL

2023 JAN 17 PM 12:16

DEPUTY CLERK

**Plaintiff:** Joaquin Enrique Solorzano

v.

**Civil Action No.:** 3-23CV0119-G

**Defendant:** Yolanda Vega Alfaro

## COMPLAINT

yo: Yolanda Vega Alfaro esposa de Joaquin Enrique Solorzano casados desde el 15 de Septiembre del 2016, teniendo 2 niñas de 4 años y una bebe de 1 un mes y 17 dias de nacida.

Joaquin sufre de Bipolaridad desde los 16 años de edad y tiene tratamiento medico. Resulta que desde Abril del año 2022 empezo con Depresion y a consumir cocaina y alcohol, de cual estuvo ingresado una semana en un centro siquiatrico en Miami, donde viviamos y nos cambiamos a texas en Agosto del 2022, estaba bien, solo que en Noviembre del año 2022, empezo otra vez a estar mal dejo de trabajar y no haciarse. El 11 de Diciembre del mismo año tuvimos una discusion llame a la policia del cual me dieron el numero de caso 221239-2022, al dia siguiente yo con mis hijas nos fuimos a un refujio the family place, Ahi estuvimos 12 de Diciembre hasta el 6-enero-23, el 3 de enero de este año se salio de la casa o lo saque con la policia y desde esa fecha Joaquin anda en la calle vagando sucio, buscando cigarros en la basura, es muy triste verlo asi y mas por que la niña de 4 años pregunta mucho por el le dije que estaba malito y que estaba en un hospital, entonces ella espera verlo pronto. el es buen esposo y padre.

* Attach additional pages as needed.

**Date:** 01-17-2023

**Signature:** [signed]

**Print Name:** Yolanda Vega Alfaro

**Address:** 2211 Empire Central Apt. 122

**City, State, Zip:** Dallas TX 75235

**Telephone:** 972 464-87-29

1

*Additional Page(s)

Solo por su problema que tiene. Su mama vino de Miami por que toda la familia de el vive en Miami y la mia vive en Mexico practicamente estamos solos con mi esposo y mis dos niñas, aqui en texas por eso pido de gran favor que me conceda un documento donde lo pueda ~~Ingresar~~ a un centro de Rehabilitación para que pueda recibir ayuda, ya que por su propia voluntad no quiere el dice que esta bien. De hecho me tiene un coraje por que dice que le arruine la vida por hecharle la policia. Yo desde que se salio de la casa no he tenido comunicación con el. Solo lo he visto vagando cerca de la casa, es muy feo verlo así. Y que tu niña todos los dias pregunta por su papa que lo extraña y quiero verlo. Yo ahora no estoy trabajando por que tengo a la bebe y

2

*Additional Page(s)

Me hicieron casarme, así que no tengo mas ayuda.

Solo pido el documento donde yo pueda Ingresarlo y que los medios necesarios para ayudarlo y salir de esa situación por el cual esta pasando Joaquin y yo como su esposa e hijas. Es muy triste y desesperante verlo así. y sin dinero para ayudarlo

Gracias espero una respuesta favorable a mi petición.

Así mismo Anexo un documento donde el Social Me autorizo o el mismo Joaquin como su ~~Att. Yolanda Vega.~~ representante de beneficiario.

Att. Yolanda Vega.

3

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS** Yolanda Vega

**DEFENDANTS** Joaquin Enrique Solorzano

**(b)** County of Residence of First Listed Plaintiff: Dallas TX
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Dallas TX
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

RECEIVED JAN 17 2023 CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [X] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*  Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** — **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane / 365 Personal Injury - Product Liability | 690 Other | 423 Withdrawal 28 USC 157 | 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability | | | 400 State Reapportionment |
| 140 Negotiable Instrument | [X] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | 320 Assault, Libel & Slander | | 820 Copyrights | 430 Banks and Banking |
| 151 Medicare Act | 330 Federal Employers' Liability | | 830 Patent | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 340 Marine / 368 Asbestos Personal Injury Product Liability | | 835 Patent - Abbreviated New Drug Application | 460 Deportation |
| | 345 Marine Product Liability | | 840 Trademark | 470 Racketeer Influenced and Corrupt Organizations |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle | **PERSONAL PROPERTY** — 370 Other Fraud | 880 Defend Trade Secrets Act of 2016 | 480 Consumer Credit (15 USC 1681 or 1692) |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability | 371 Truth in Lending | **LABOR** | 485 Telephone Consumer Protection Act |
| 190 Other Contract | 360 Other Personal Injury | 380 Other Personal Property Damage | 710 Fair Labor Standards Act | |
| 195 Contract Product Liability | | 385 Property Damage Product Liability | 720 Labor/Management Relations | **SOCIAL SECURITY** |
| 196 Franchise | 362 Personal Injury - Medical Malpractice | | 740 Railway Labor Act | 861 HIA (1395ff) |
| | | | 751 Family and Medical Leave Act | 862 Black Lung (923) / 490 Cable/Sat TV |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 790 Other Labor Litigation | 863 DIWC/DIWW (405(g)) / 850 Securities/Commodities/ Exchange |
| 210 Land Condemnation | 440 Other Civil Rights | **Habeas Corpus:** | 791 Employee Retirement Income Security Act | 864 SSID Title XVI / 890 Other Statutory Actions |
| 220 Foreclosure | 441 Voting | 463 Alien Detainee | | 865 RSI (405(g)) / 891 Agricultural Acts |
| 230 Rent Lease & Ejectment | 442 Employment | 510 Motions to Vacate Sentence | **FEDERAL TAX SUITS** | 893 Environmental Matters |
| 240 Torts to Land | 443 Housing/ Accommodations | 530 General | 870 Taxes (U.S. Plaintiff or Defendant) | 895 Freedom of Information Act |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment | 535 Death Penalty | 871 IRS—Third Party 26 USC 7609 | 896 Arbitration |
| 290 All Other Real Property | [X] 446 Amer. w/Disabilities - Other | **Other:** 540 Mandamus & Other / 550 Civil Rights | **IMMIGRATION** | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| | 448 Education | 555 Prison Condition | 462 Naturalization Application | 950 Constitutionality of State Statutes |
| | | 560 Civil Detainee - Conditions of Confinement | 465 Other Immigration Actions | |

**V. ORIGIN** *(Place an "X" in One Box Only)*
- [ ] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District (specify)
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*

Brief description of cause: Representante o la patria Potestad de Joaquin E. Solorzano

**VII. REQUESTED IN COMPLAINT:**
[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [ ] No

**VIII. RELATED CASE(S) IF ANY** *(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE 01-17-2023
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

SOCIAL SECURITY  
6500 W 21 COURT  
HIALEAH FL 33016-2612

Social Security Administration  
Advance Designation Of Representative Payee

Date:  March 15, 2021  
BNC #: 21KM972A83679

JOAQUIN E. SOLORZANO  
405 E 7TH ST APT  
APT 108  
HIALEAH FL 33010-4653

We are writing to you because you provided us with your Advance Designation of Representative Payee. This letter is an annual reminder of your designation.

**Advance Designation**

If you become unable to manage or direct the management of your benefits, we will select a representative payee to receive and manage your benefits for you. Advance designation lets you provide names of people who could serve as your representative payee. If the time comes that you need someone to manage your benefits, we may select one of your advance designees as your representative payee. We will consider you advance designees in your order of priority with certain exceptions. To be appointed representative payee, an individual must be able and willing to serve, and must meet our selection requirements.

**Your Advance Designation Information**

Below is a list of the designees you provided, in your order of priority, to serve as your representative payee. Please take some time to review the information for accuracy:

| Order of Priority | Name of Designee | Telephone Number | Relationship |
|---|---|---|---|
| 1 | YOLANDA VEGA | 1-972-464-8729 | SPOUSE |

You can contact us to make the following changes to your designees:

- add or remove a designee,
- update a designee's information,
- change the order of priority, or
- withdraw your advance designation of representative payee.

**Suspect Social Security Fraud?**

If you suspect Social Security fraud, please visit http://oig.ssa.gov/report or call the Inspector General's Fraud Hotline at **1-800-269-0271** (TTY **1-866-501-2101**).

**If You Have Questions**

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at **1-800-772-1213**, or call your local Social Security office at **1-866-269-4250**. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, **1-800-325-0778**. You can also write or visit any Social Security office. The office that serves your area is located at:

> SOCIAL SECURITY
> 6500 W 21 COURT
> HIALEAH FL 33016-2612

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

*Social Security Administration*