UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOAQUIN ENRIQUE SOLORZANO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:23-CV-0119-G-BT |
| YOLANDA VEGA ALFARO, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The court has taken under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated February 17, 2023. The court has reviewed the Findings, Conclusions, and Recommendation for plain error and has found none.* **IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED**.

March 17, 2023.

_____
**A. JOE FISH**
**Senior United States District Judge**

---

* The Findings, Conclusions, and Recommendation refers to Vega as "Yolando" instead of "Yolanda." The court corrects the captions for the parties' clarity.