UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOAQUIN ENRIQUE SOLORZANO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:23-CV-0119-G-BT |
| YOLANDO VEGA ALFARO, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

The court has entered an Order in this case, accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Therefore, it is **ORDERED**, **ADJUDGED**, and **DECREED** that the case be **DISMISSED** without prejudice for lack of subject matter jurisdiction. The Clerk of Court shall transmit to the parties a true copy of this Judgment and the Order accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

March 17, 2023.

_____
**A. JOE FISH**
**Senior United States District Judge**